**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLICK COMMERCE, INC.,

        Plaintiff,

    v.

JAMES STEWART d/b/a Equity Press,

        Defendant.

SAP AMERICA and DAVID MARCHAND,

        Third Party Defendants.

_____/

No.  C 07-80292 (MISC)  VRW

**CLERK'S NOTICE**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

      YOU ARE NOTIFIED THAT the Court has rescheduled the hearing on the Motion To Compel Production of Documents and Testimony From SAP America and David Marchand to Thursday, February 14, 2008 at 2:30 p.m.   Please report to Courtroom  6, on the 17th floor, 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: January 22, 2008

                          FOR THE COURT,
                          Richard W. Wieking, Clerk

                          By: _____
                          Courtroom Deputy Clerk to
                          Chief Judge Vaughn R Walker